## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-14-139-D |
| | ) | |
| OSCAR GIOVANNI MEJIA-VALIZ, and | ) | |
| TYLER KEITH VAZQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING JOINT MOTIONS TO CONTINUE JURY TRIAL

This matter is before the Court on the joint motions of the parties [Doc. Nos. 38 and 40] requesting a continuance of the jury trial set for June 10, 2014, to the July 8, 2014 jury trial docket. Both defendants were arraigned May 9, 2014. Thus, the request does not implicate the time limit imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-74.

Further, for the reasons set forth in the sealed motion of Defendant Tyler Keith Vazquez, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. Specifically, the Court finds that denial of a continuance would deny the defendants reasonable time necessary for effective investigation and pretrial preparation, taking into account the exercise of due diligence. Therefore, the Court finds that the period of delay caused by granting the motions is excludable for purposes of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the joint motions are granted, and this case is stricken from the June 10, 2014 jury trial docket and rescheduled for the July 8, 2014 jury trial docket.

IT IS SO ORDERED this 9th day of June, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE