IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-14-139-D |
| ) | |
| OSCAR GIOVANNI MEJIA-VELIZ, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is Defendant Oscar Giovanni Mejia-Veliz's *pro se* Motion for Sentence Reduction Under Title 18 U.S.C. § 3582(c)(2) [Doc. No. 120]. The Federal Public Defender has been appointed to represent Defendant for purposes of the Motion. *See* Order [Doc. No. 121]. Upon consideration of counsel's Advisement to the Court [Doc. No. 123] and the case record, the Court finds that Defendant was sentenced using the 2014 Guidelines Manual, which incorporated Amendment 782, so he is ineligible for relief and the Court lacks jurisdiction to grant the Motion. *See United States v. White*, 765 F.3d 1240, 1250 (10th Cir. 2014).

IT IS THEREFORE ORDERED that Defendant's Motion for Sentence Reduction [Doc. No. 120] is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED this 6th day of February, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE